Case: 1:14-cv-05680 Document #: 1 Filed: 07/23/14 Page 1 of 6 PageID #:1

RECEIVED
JUL 2 3 2014
Jul 23 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Clotilde Zacatenco

(Enter above the full name of the plaintiff or plaintiffs in this action)

14-cv-5680
Judge Joan B. Gottschall
Magistrate Judge Susan E. Cox

vs.

Thomas Dart
Cook County Jail

(Enter above the full name of ALL defendants in this action. <u>Do not use "et al."</u>)

**CHECK ONE ONLY:**

√     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: _____ N/A _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: _____

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the day of April, 17, 2014, I was placed in Division 3 Annex. Upon being placed o my tier. I noticed mold growing on the ceiling. A medium sized trash can bein used to catch rain that falls in the opening in the ceiling. Breating has beome a challenge due to a poor Ventilation Systems. Cold air Flows forcefully Trough heating vents. During my first Month. I fell ill due to extremely cold showers and the cold air that blows relintlessly trough vents. A brownish looking fungus sits on differrant sections of the ceiling where rain water leaks through shower heads spray brown water due to excessive rust build up paint on the shower walls are chipping bug are in the showers also, toilers back-up numerous times A week with a dark colored liquid Due to cruel and harsh punishment. while in the custody of The doc I would like to be Cmancially compensated for pain, suffering I had to endure

Revised 9/2007

I would like to add that my bunk is under the leaking Ceiling and Trash can.
thats used to cach the water from the leaking Ceiling. that I talked about in my statment of Claim IV

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would Like to be compensated For the Time spent in Division 3 Under the stated Living conditions

VI.  The plaintiff demands that the case be tried by a jury. ☐ YES  ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18th day of MAY, 20 14

Clotilde, Zacatenco

Cbtt6 Zucata
(Signature of plaintiff or plaintiffs)

Clotilde Zacatenco
(Print name)

2014 0417 219
(I.D. Number)

Cook County Department of corrections P.O. Box 089002 DIV-3 Anx C-4 Chicago IL 60608
(Address)